## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '21 MJ2460 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1326 Attempted Entry After Deportation |
| | ) | |
| | ) | |
| Alejandro FLORES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about June 14, 2021 within the Southern District of California, defendant, Alejandro FLORES an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Otay Mesa, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 15, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Alejandro FLORES**

### PROBABLE CAUSE STATEMENT

On June 14, 2021, Border Patrol Agent B. Brandt was conducting his assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 4:56 AM, Border Patrol dispatch notified agents of an activation of a digital intrusion device in an area known to Border Patrol agents as "Custom's Commercial Lost." Dispatch stated that an individual was headed in a northbound direction from the location of the digital intrusion device. Agent Brandt responded to the location and after a good search of the area, Agent Brandt found an individual hiding up in a tree to avoid being apprehended. This area is immediately west of the Otay Mesa, California Port of Entry and approximately 100 yards north of the United States/Mexico International Boundary. Agent Brandt identified himself as a Border Patrol Agent and conducted an immigration inspection. The individual, later identified as the defendant, Alejandro FLORES, stated that he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. At approximately 5:18 AM, Agent Brandt placed FLORES under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defedant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 24, 2021, through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.