# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br>ALEJANDRO FLORES,  <br>  Defendant. | Case No. 21-CR-1993-GPC  <br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Finding dismissal is in the interests of justice for the reasons set forth in the motion, the Court GRANTS the United States of America's Motion to Dismiss the Information (ECF No. 27), without prejudice. The Court dismisses the Information without prejudice.

**IT IS SO ORDERED.**

Dated: July 30, 2021

_____
Hon. Gonzalo P. Curiel
United States District Judge